JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO A. MORALES,<br><br>Plaintiff,<br><br>v.<br><br>MAMCO, INC., et al.<br><br>Defendants. | Case No. 5:23-cv-00823-SSS-SHKx<br><br>**JUDGMENT** |

Pursuant to the Order Granting Motion to Compel Arbitration and Dismissing Class Action Claims, the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED: August 2, 2023

_____
SUNSHINE S. SYKES
United States District Judge

-1-